# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1942

_____

Donnie Ray Dumas

*Plaintiff - Appellant*

v.

Matthew A. Falkner; Gary L. Broyles

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 7, 2017
Filed: December 12, 2017
[Unpublished]

_____

Before GRUENDER, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Donnie Ray Dumas appeals after the District Court[1] granted summary judgment
to defendants in his action brought under Bivens v. Six Unknown Named Agents of

_____

[1] The Honorable Stephen R. Bough, United States District Judge for the
Western District of Missouri.

Fed. Bureau of Narcotics, 403 U.S. 388 (1971). Viewing the summary judgment record in the light most favorable to Dumas and drawing all reasonable inferences in his favor, we agree with the District Court that summary judgment was warranted. See Clay v. Credit Bureau Enters., Inc., 754 F.3d 535, 539 (8th Cir. 2014) (standard of review). We further conclude that the court did not err in denying Dumas's motion to add a habeas claim against the United States Parole Commission. See Kozlov v. Associated Wholesale Grocers, Inc., 818 F.3d 380, 394–95 (8th Cir. 2016) (standard of review). We affirm the judgment.

_____